# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:11CR122 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| VIOLETA HINJOSA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of the government to continue the trial of this matter which is scheduled for March 12, 2012 (Filing No. 27). Government's counsel represents that defendant's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. The motion to continue trial (Filing No. 27) is granted.

2. Trial of this matter is re-scheduled for **March 26, 2012,** before Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 12, 2012, and March 26, 2012,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act top preserve continuity of counsel. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. §§ 3161(h)(7)(B)(iv) and 3161(h)(7)(A).

DATED this 13th day of February, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge